HENRY ANDERSON and another v. PETER CUNNINGHAM.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.
*L. C. Duncan*, for the plaintiffs.
*Mitchell*, for the appellant.

GARLAND, J. This case was before us in June, 1842, (2 Robinson, 463,) and was then remanded for a new trial, principally for the purpose of ascertaining whether a sum of $529 62, received by the plaintiffs of Dakin & Dakin, was credited to the defendant, in the account on file. The evidence on that point now satisfactorily shows, that the defendant has a credit for the nett proceeds of Dakin & Dakin's note. The inferior Judge has fully examined the case, and has, in our opinion, allowed the defendant every thing he has shown he is entitled to claim.

*Judgment affirmed.*